UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:     MARK AND JENNIFER DRENZEK                CASE NO.:   12-15262
           DEBTOR                                   CHAPTER 7

_____

RESPONSE TO TRUSTEE'S MOTION TO DISMISS
PURSUANT TO 11 U.S.C. §707(b)(2)&(3)
_____

COME NOW the Debtors, Mark and Jennifer Drenzek, by and through counsel, and files this Response to Trustee's Motion To Dismiss Pursuant To 11 U.S.C. §707(b)(2)&(3), and would show unto the Court the following:

1.  The Debtors would admit paragraph 1 of the Trustee's Motion.
2.  The Debtors would admit paragraph 2 of the Trustee's Motion.
3.  The Debtors would admit paragraph 3 of the Trustee's Motion.
4.  The Debtors would admit paragraph 4 of the Trustee's Motion.
5.  The Debtors would admit paragraph 5 of the Trustee's Motion.
6.  The Debtors would admit paragraph 6 of the Trustee's Motion.
7.  The Debtors would admit paragraph 7 of the Trustee's Motion.
8.  The Debtors would deny paragraph 8 of the Trustee's Motion.
9.  The Debtors would deny paragraph 9 of the Trustee's Motion.
10. The Debtors would deny paragraph 10 of the Trustee's Motion.
11. The Debtors would deny paragraph 11 of the Trustee's Motion.
12. The Debtors would deny paragraph 12 of the Trustee's Motion.
13. The Debtors would deny paragraph 13 of the Trustee's Motion.
14. The Debtors would deny paragraph 14 of the Trustee's Motion.
15. The Debtors would deny paragraph 15 of the Trustee's Motion.
16. The Debtors would deny paragraph 16 of the Trustee's Motion.

The Debtors would deny the relief requested in the WHEREFORE paragraph of the Trustee's Motion.

**WHEREFORE, PREMISES CONSIDERED,** the Debtors respectfully request this Court dismiss the Trustee's Motion for the reasons stated above.

                Respectfully submitted,

                /s/ Heidi S. Milam
                Heidi S. Milam, MS Bar No. 9813
                Attorney for Debtor
                P.O. Box 1169
                Southaven, MS 38671
                (662) 349-2322

## CERTIFICATE OF SERVICE

    I, Heidi S. Milam, certify that the above Response to Motion was served on the following parties and creditors:

    Locke D. Barkley
    Chapter 13 Trustee
    sbeasley@barkley13.com

    U.S. Trustee
    USTPRegopn.05.AB.ECF@usdoj.gov

Margaret O. Middleton
U.S Dept. of Justice
501 East Court Street, Suite 6-430
Jackson, MS   39201

    This the 28th   day of March, 2013.

                /s/ Heidi S. Milam
                Heidi S. Milam